LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 18-00354 LEK-RLP

| | |
|---|---|
| DANIEL WARD,<br>      Plaintiff<br><br>   v.<br><br>EASY MUSIC<br>INVESTMENTS, INC.<br>      and<br>EASY MUSIC<br>PROPERTIES, LLC<br>      Defendants | NOTICE OF DISMISSAL WITHOUT PREJUDICE OF EASY MUSIC INVESTMENTS, INC. AND EASY EASY MUSIC PROPERTIES, LLC |

Plaintiff DANIEL WARD, through his undersigned counsel, dismisses the above-captioned parties without prejudice. No party, including the above-captioned parties, has filed a responsive pleading.

DATED: Honolulu, Hawaii, December 3, 2018

/s/ Lunsford Dole Phillips
Attorney for Plaintiff